**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS DOOLITTLE, et al.,<br>Plaintiffs,<br>v.<br>ZENPATIENT, INC.,<br>Defendant. | Case No. CV 26-7917-MWF(SSCx)<br>ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES |
| CAROLI PETERSON,<br>Plaintiff,<br>v.<br>ZENPATIENT, INC.,<br>Defendant. | CV 26-8055-MWF(SSCx)<br>**JS-6** |
| ELIZA CADELLA,<br>Plaintiff,<br>v.<br>ZENPATIENT, INC.,<br>Defendant. | CV 26-8602-MWF(SSCx)<br>**JS-6** |

///

The Court has considered Plaintiffs' Unopposed Motion to Consolidate Related Cases (the "Motion"). (Docket No. 13). For good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED that:

1. The Related Cases – CV 26-7917, CV 26-8055, and CV 26-8602 -- are CONSOLIDATED for all purposes (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).
    a. The Clerk of Court shall administratively close CV 26-8055 and CV 26-8602.
2. To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Case No. 2:26-cv-07917-MWF(SSCx), the number assigned to the first-filed case and reflect the following caption: *Doolittle, et al v. Zenpatient, Inc.*, 2:26-cv-07917-MWF(SSCx). All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.
3. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be related to and consolidated with the Consolidated Action for all purposes. Plaintiffs and Defendant shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.
4. If the Court determines that the case is related, the Court shall direct the Clerk of Court to:
    a) Place a copy of this Order in the separate file for such action;
    b) Serve on Plaintiffs' counsel in the new case a copy of this Order;
    c) Direct that this Order be served upon Defendant(s) in the new case; and,
    d) Make an appropriate entry in the Lead Case's docket.

5. Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within 30 days of this Order.
6. This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions.
7. Plaintiffs' Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each Related Action not yet consolidated in this proceeding to the extent that Plaintiffs' is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

IT IS SO ORDERED.

Dated: October 28, 2026

MICHAEL W. FITZGERALD
United States District Judge